UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL KOGAN and CHRISTOPHER HEWITT,

                 Plaintiffs,

v.

ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,

                 Defendant.

CASE NO. C15-5559 BHS

ORDER TO SHOW CAUSE

This matter comes before the Court on review of the file.

On August 31, 2016, the Court set March 31, 2017 as the deadline for Plaintiffs Christopher Hewitt and Daniel Kogan's motion for class certification. Dkt. 51. As of the date of this order, Plaintiffs have not filed a motion. Moreover, the last activity in this case was the Court's February 13, 2017's order granting Plaintiffs' motion to compel. Dkt. 59.

"Any case that has been pending in this court for more than nine months without any proceeding of record having been taken may be dismissed by the court on its own motion for lack of prosecution." Local Rules, W.D. Wash. LCR 41(b)(1).

ORDER - 1

Plaintiffs shall show cause, if any they have, why this case should not be **DISMISSED without prejudice** for failure to prosecute. Plaintiffs shall respond no later than October 20, 2017. Failure to respond to this order will result in such dismissal without further order of the Court.

**IT IS SO ORDERED**.

Dated this 10th day of October, 2017.

BENJAMIN H. SETTLE
United States District Judge