UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL KOGAN,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. C15-5559 BHS<br><br>ORDER REQUESTING PROPOSED SCHEDULE |

This matter comes before the Court on the Court's order to show cause (Dkt. 61) and the parties' responses (Dkts. 61, 64).

On October 10, 2017, the Court ordered Plaintiff Daniel Kogan ("Kogan") to show cause why the Court should not dismiss the action for failure to prosecute. Dkt. 60. On October 20, 2017, Kogan responded. Dkt. 61. On October 26, 2017, Defendant Allstate Fire & Casualty Insurance Company ("Allstate") responded. Dkt. 64. The Court finds that Kogan's failure to timely file a motion for class certification or prosecute the matter does not warrant dismissal. Therefore, the Court orders the parties to meet and confer and then submit a proposed briefing schedule for class certification.

**IT IS SO ORDERED**.

Dated this 31st day of October, 2017.

                _/s/ Benjamin H. Settle_
                BENJAMIN H. SETTLE
                United States District Judge